IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-165 |
| | § | |
| DENNIS HANNAH JR. | § | |
| NATHANIEL GORDON III | § | |

**O R D E R**

The court held a status conference on June 29, 2011. The government orally moved to have this case designated complex. The motion is granted. Defendant Hannah orally moved for a continuance of all deadlines. The government and the codefendant are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 6, 2011 |
| Responses are to be filed by: | September 20 2011 |
| Interim Pretrial Conference is set for: | **October 26, 2011, at 9:00 a.m.** |
| Pretrial conference is reset to**:** | **December 2, 2011 at 9:00 a.m.** |
| Jury trial and selection are reset to: | **December 5, 2011 at 9:00 a.m.** |

SIGNED on July 5, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge