IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL  NO. H-11-165 |
| | § § § | |
| DENNIS HANNAH JR.<br>NATHANIEL GORDON III | § § | |

**O R D E R**

The court held a status conference on October 31, 2011.  Defendant Hannah orally moved for a continuance of all deadlines. The government and the codefendant are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Interim Pretrial Conference is set for: | **December 2, 2011, at 9:00 a.m.** |
| Pretrial conference is reset to**:** | **February 13, 2012 at 9:00 a.m.** |
| Jury trial and selection are reset to: | **February 21, 2012 at 9:00 a.m.** |

SIGNED on November 17, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge